

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

November 18, 1948

Hon. C. E. Belk, Administrator
Board of Plumbing Examiners
Austin, Texas        Opinion No. V-720.

> Re: The authority of the
> State Board of Plumb-
> ing Examiners to spon-
> sor and defray the ex-
> penses of instructional
> institutes for plumbing
> inspectors.

Dear Mr. Belk:

       Reference is made to your recent opinion re-
quest as follows:

> "This office has started preliminary
> planning for the holding of several Plumb-
> ing Inspectors' Institutes. These Insti-
> tutes are to be conducted solely for the
> benefit of the Plumbing Inspectors in the
> State of Texas concerning accepted sani-
> tary plumbing practices. The Institute
> would be conducted under the sponsorship
> of The University of Texas and would be
> taught by instructors selected by the Univ-
> ersity. The following groups will be asked
> to co-sponsor this Institute along with the
> Board:
>
> "1. American Institute of Architects
>
> "2. The Associated General Contractors
>
> "3. Associated Plumbing Contractors of
> Texas, Inc.
>
> "4. Texas Public Health Association
>
> "5. Texas Home Builders Association

"6.   Texas State Association of Jour-
neyman of the Plumbing and Pipe
Fitting Industry

"These Institutes will be conducted
in Austin, Texas, and it would be neces-
sary to conduct some eight or ten Insti-
tutes in order to reach all Plumbing In-
spectors in the State. The purpose of
the Institute is to first gain a uniform-
ity of inspection technique over the State
through education and training; and, sec-
ond, to improve the caliber of inspections
in many of the smaller cities over the State
where the local Inspectors are not fully
cognizant of accepted sanitary practices.
As you know, the construction of the Act
makes the local Plumbing Inspector the en-
forcement arm of the Board. It is through
their knowledge and vigilance that safe
and sanitary plumbing installations are as-
sured. The expense for instructors, man-
uals, plumbing exhibits, materials, and
other miscellaneous items would be borne
by the Board.

"Will you therefore give us your opin-
ion as to whether the broad grant of author-
ity and discretion given the Board in the
Plumbing License Law of 1947 includes the
necessary authority to make such expendi-
tures for the purpose of improving the
standards of plumbing inspections carried
on by individual city governments and the
resultant effect of greater protection for
the health, safety and welfare of the citi-
zens of the State."

The sole responsibility and authority of the
Board of Plumbing Examiners, under the Plumbing License
Law of 1947, codified as Article 6243-101, Vernon's Civil
Statutes, is to issue or revoke licenses of plumbers and
plumbing inspectors, upon ascertaining the subject's fit-
ness or unfitness to engage in such occupation. While
the Act is designed to improve generally the standards of
plumbing work and plumbing inspections, the only function
of the Board in furtherance of that design is to examine
applicants and to conduct investigations and hearing as

to those charged with incompetency or misconduct as defined in the Act, to determine whether license should be issued or revoked. The Board, as an official agency, has no authority or duty to extend its activities beyond the field of responsibility outlined in the Act.

Bearing in mind the limited function of the Board, it appears to be clear that the Board may not under the wording of the present law expend its official funds on expenses of such institutes.

## SUMMARY

The Board of Plumbing Examiners may not expend its funds to pay the expenses of instructional institutes for Plumbing Inspectors.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Ned McDaniel
Assistant

APPROVED:

Price Daniel
ATTORNEY GENERAL.

NMc:jmc